

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00419-CR

| | | |
|---|---|---|
| Billy Jack Holland | § | From the 97th District Court |
| | § | of Clay County (2015-0041C-CR) |
| v. | § | December 22, 2016 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
          Justice Bonnie Sudderth